# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES PILLON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:23-cv-01177-RAJ |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendant State of Washington, against Plaintiff Charles Pillon.

DATED this 12th day of June, 2024.

　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　By:　_/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk